IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V.                               ) | CR. NO.: 04-20103DV |
| ) | |
| SCOTT CRAWFORD ET. AL., ) | |
| ) | |
| Defendants.              ) | |

### ORDER GRANTING APPLICATION FOR LEAVE OF ABSENCE

It appearing that Tony L. Axam has duly applied for leave of absence for the dates set forth in the within and foregoing motion and that opposing counsel has been provided with notice of said application for leave of absence and it being found that no objections have been filed;

**It is Hereby Ordered** that Tony L. Axam be **GRANTED** a leave of absence commencing on Monday, 4 July 2005 up to and including Monday, 8 August 2005 and that any and all proceedings involving applicant be stayed during said period of time.

This 26 day of April, 2005.

The Honorable Bernice Donald
Judge, United States District Court

CC: United States Attorney's Office

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 256 in case 2:04-CR-20103 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Michelle L. Betserai
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Mitzi H. Spell
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT