IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-20103-D |
| | ) | 04-20150-D |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SCOTT CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT ORDER UNSEALING THE STATEMENT OF FACTS FILED WITH THE PLEA AGREEMENTS IN UNITED STATES v. SCOTT CRAWFORD, CR. NO. 04-20103-D AND CR. NO. 04-20150-D**

Upon the motion of the parties hereto, and with their express consent and agreement, it is hereby **ORDERED** that the Statement of Facts made a part of the plea agreements in United States v. Scott Crawford, Cr. No. 04-20103-D and Cr. No. 04-20150, and ordered sealed by the district court following the change of plea hearing,[1] shall be unsealed on August 19, 2005, at the beginning of the sentencing hearing in the cases referenced herein.

So **ORDERED** this _12th_ day of August, 2005, at Memphis, Tennessee.

The Honorable Bernice B. Donald
United States District Judge
Western District of Tennessee

---

[1] The Statement of Facts was docketed in United States v. Scott Crawford, Cr. No. 04-20103-D, on March 14, 2005, as a sealed document and assigned docket number 240.

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on _8-23-05_

**APPROVED AND CONSENTED TO:**

_____
Joseph C. Murphy, Jr.
Assistant United States Attorney
Western District of Tennessee

_____
Tony L. Axam, Esq.
Attorney for Defendant Scott Crawford

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 270 in case 2:04-CR-20103 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mitzi H. Spell
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Michelle L. Betserai
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Honorable Bernice Donald
US DISTRICT COURT